UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 12 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| ADON BRYCE CLARY, | § | |
| Defendant. | § | |

INDICTMENT

**19 CR 447**

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about April 29, 2019, in the Houston Division of the Southern District of Texas,

**Adon Bryce Clary,**

the defendant, did unlawfully attempt to rob, a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, and in doing so, put the life of S.A. in jeopardy by the use of a dangerous weapon, that is a firearm, in violation of Title 18, U.S.C., §2114(a).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: _____
Joe Porto
Assistant United States Attorney