United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-cr-447 |
| § | |
| ADON BRYCE CLARY § | |

## ORDER

On May 17, 2020, the Court held a hearing on the Petition for Action on Conditions of Pretrial Release (Dkt. 48). At that hearing, I found that Defendant violated conditions of release, and that Defendant is unlikely to abide by any conditions of release. See 18 U.S.C. §§ 3148(b)(1)(B) and (b)(2)(B). For these reasons, the Government's Petition is GRANTED. Defendant's bond is revoked and the United States Marshal is ORDERED to detain Defendant in custody for proceedings before U.S. Senior District Court Judge Gray Miller.

Signed in Houston, Texas this **19th** day of **May, 2021**.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE